MARY G. PRICE, ADMINISTRATRIX OF THE ESTATE OF DELBERT GREEN, DECEASED, APPELLANT, *v.* THE FIRST NATIONAL BANK OF NEVADA, EXECUTOR OF THE ESTATE OF M. C. SINNOTT, DECEASED, AND HILDA SINNOTT, DOING BUSINESS AS SINNOTT MOTEL, RESPONDENTS.

No. 7076

January 16, 1974                    517 P.2d 1006

*Peter L. Flangas,* of Las Vegas, for Appellant.

*Richard P. Wait,* of Reno, for Respondents.

## OPINION

*Per Curiam:*

The rulings of the district court which appellant assigns as error have not been shown to be inconsistent with substantial justice. The judgment is affirmed. NRCP 61.